Núm. 7861.—González, apldo. *v.* Kohn, aplte.—
Julio 26, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Por cuanto, la sentencia apelada se fundó en una Relación del Caso y Opinión que reza como sigue:

"Por escritura pública, otorgada el 30 de abril de 1931, ante el notario don Enrique Márquez Huertas, los esposos don Jesús Ramos Pérez y doña Dolores Barroso convinieron en arrendar y arrendaron al señor John M. Kohn, una finca rústica de ciento ochenta (180) cuerdas radicada en el barrio Minillas de Bayamón. Fué estipulado por los contratantes, entre otras cosas, que el término del arrendamiento era el de cuatro años, a partir desde el mes de enero de 1931 y a vencer en igual mes de 1935; y que el canon del arrendamiento era el de noventa dólares ($90) mensuales, pagaderos por meses vencidos.

"El señor Kohn tomó posesión de la finca. La dedicó al cultivo de plantaciones de toronjas. (*sic*) Los cánones estipulados fueron pagados por el arrendador hasta el mes de marzo de 1932. Desde esa fecha en adelante no satisfizo el importe del arrendamiento.

"Mediante escritura pública de 14 de diciembre de 1936, otorgada ante el notario don Félix Ochoteco, los esposos Ramos-Barroso, exponiendo que el señor Kohn les adeuda $2,970 por concepto de arrendamiento por los meses transcurridos desde abril de 1932 hasta diciembre de 1934 por no haberlos satisfecho en todo ni en parte, cedieron, traspasaron y enajenaron a don Enrique González Ramos la ameritada acreencia contra Kohn.

"Unico dueño de la citada acreencia el señor González, demandó al señor Kohn en cobro de dicha suma. El demandado contestó alegando, esencialmente, que a principios del mes de enero de 1933 encontrándose adeudando los cánones de abril a diciembre de 1932, inclusives, montantes a $810, sin poder pagarlos, convino con el arrendador señor Ramos la entrega de la finca arrendada con una plantación de ochenta cuerdas de piña en rescisión del referido contrato de arrendamiento y saldo de los cánones adeudados; y que en cumplimiento de lo convenido entregó finca y plantación al señor Ramos y éste entró en posesión de las mismas.

"Sostiene, en persona, el señor Kohn que con motivo de graves dificultades económicas que tuvo, a punto de que su refaccionario, el Banco Comercial de Puerto Rico, le suspendió y retiró toda clase de ayuda, no pudo satisfacer los cánones de arrendamiento correspondientes a los meses de abril a diciembre de 1932; que ante las reiteradas gestiones de cobro por Ramos le dijo a éste que no podía pagarle; que Ramos le propuso quedarse con la finca, a lo que se avino; que en diciembre le entregó la finca con ochenta cuerdas sembradas de piñas a cambio de la deuda de $810, bien cultivadas, valiendo dicha siembra de siete a ocho mil dólares; y que el precio de la fruta para esa época era bueno. Y con sus testigos tendió a sostener que entregada la finca quedó como encargado de la misma don Francisco Barroso, tío de la esposa del señor Ramos; y que la finca en su totalidad fué dedicada por Ramos al cuido de ganado.

"El señor Ramos negó específicamente que la finca le fuera entregada en diciembre de 1932 bajo convenio alguno; negó asimismo que él autorizara a don Francisco Barroso para hacerse cargo de la finca, ni que lo comisionara para

ello; y afirmó que él entró en posesión de aquélla cuando el contrato venció, o sea en enero de 1935.

"Nada hay en la prueba que demuestre cuándo y cómo tuvo lugar el acto de la supuesta entrega material de la finca al señor Ramos. Era algo fácil de demostrar si el hecho en verdad ocurrió. Un testigo del demandado, Félix Rivera, que vivió por años en la finca, declaró que nunca vió por ella al señor Ramos. Resulta extraño que Ramos se hiciera cargo de su finca sin una previa o posterior ojeada o visita o examen; y más extraño aún que de haber sido Barroso y no Ramos el que tomara posesión de la finca, dejara aquél de informar al segundo sobre las buenas condiciones de cultivo de las plantaciones de piñas, y que, de habérsele informado, como parece natural, bien espontáneamente o a requerimiento de Ramos, éste, que es hombre de negocios, no diera debido valor a la magnífica plantación de piñas y prefiriera no seguir explotando la misma ni dedicarla a otras siembras de más económicas ventajas sino destruir las de piñas echando o permitiendo echar allí ganado para ser alimentado a razón de cincuenta centavos mensuales por cabeza.

"A juzgar por la prueba practicada por el mismo demandado, a través de sus testigos Francisco Ramos y Félix Rivera, ocurrió que antes de la supuesta entrega de la finca, el señor Kohn había dispuesto de toda la cosecha de piñas; que luego de entregada la finca ésta fué utilizada en pastar ganado, alimentándose éste de las matas de piñas que, sin frutos, aún habían en aquel lugar; y a través de su otro testigo, Juan Diez de Andino, que el ciclón ocurrido en setiembre de aquel año destruyó gran parte de las plantaciones.

"Si ello es así, no parece que el demandado pudo brindar a Ramos, como dijo, una plantación de piñas bien cultivadas que valoró en siete u ocho mil dólares. En primer lugar, porque había cosechado el fruto; en segundo lugar porque el ciclón destruyó gran parte de las plantaciones. Y en tercer lugar porque de serlo Ramos no iba, en buena lógica, con tal siembra y siendo bueno el precio de la fruta en el mercado, según el demandado, dedicar o permitir que se dedicaran esas cuerdas a pastar ganado en abierto perjuicio de sus intereses.

"No existe duda de que lo ocurrido fué que adeudando el demandado $810 al señor Ramos por los cánones de abril a diciembre de 1932; negándole el banco toda clase de ayuda económica; habiendo cosechado el fruto; y habiendo el ciclón destruído en gran parte las plantaciones, el señor Kohn quedó en tal situación que no pudo hacer frente a las responsabilidades del contrato. Ramos no iba, en pleno campo de los negocios, a rescindir su contrato sin que algo lo indemnizara. El demandado no estaba en condiciones de hacerlo. Quedaron así las cosas en *status quo* hasta que llegó el vencimiento del contrato.

"La demanda debe ser declarada con lugar y condenado el demandado a pagar al demandante la suma de $2,970, más sus intereses legales desde la radicación de la demanda en 6 de mayo de 1937 hasta su total pago, y las costas de este pleito sin incluir honorarios de abogado."

Por cuanto, si bien "nada hay en la prueba que demuestre cuándo y cómo tuvo lugar el acto de la supuesta entrega material de la finca al Sr. Ramos"—si con esto quiso decir el juez de distrito que no hubo ningún acto de entrega material y formal al arrendador en persona—no hay duda de que algunos días después de una entre-

vista entre arrendador y arrendatario en el mes de diciembre de 1932, en que el arrendador insistió en la entrega de la finca o el pago de los cánones de arrendamiento vencidos montantes a la suma de $810, el arrendatario sacó su mayordomo de la finca y avisó a los demás empleados que no corría por su cuenta dicha finca.

POR CUANTO, no hay duda tampoco de que Pancho Barroso, tío de la esposa del arrendador, entró en posesión, dió permiso a los agregados para quedarse en la finca y permitió a los vecinos meter su ganado en la misma cobrándoles a razón de cincuenta centavos mensuales por cabeza; de que antes de la fecha del contrato de arrendamiento, Pancho Barroso estuvo en posesión de la finca y era generalmente reconocido por los agregados y otros como el dueño de la misma; y de que a la muerte de Pancho Barroso, entró en posesión su hermano, José Barroso, suegro del arrendador.

POR CUANTO, en los libros de contabilidad de Kohn llevados por un *vedor* del banco refaccionario, aparecen acreditados al arrendador mes por mes todos los cánones de arrendamiento hasta diciembre de 1932, inclusive, sin que exista ningún asiento posterior de esta naturaleza y sin que el arrendador, que hasta la fecha de su entrevista con el arrendatario en diciembre de 1932, había sido diligente y persistente en sus gestiones de cobro de los cánones de arrendamiento, después de esa fecha hubiera practicado ninguna· diligencia en tal sentido.

POR CUANTO, no nos parece razonable creer que el arrendador insistiera tanto en la entrega inmediata de la finca arrendada y que el arrendatario, ante la actitud intransigente de su arrendador y acreedor, hubiera accedido a lo exigido en el entendido de que subsistiera después su responsabilidad para el pago de cánones futuros hasta el vencimiento del contrato.

POR CUANTO, el que Ramos, ''en pleno campo de los negocios'' no rescindiera su contrato ''sin que algo lo indemnizara'', se explica por el sencillo hecho de que Kohn debía al banco alrededor de medio millón de dólares, había sufrido grandes perjuicios en sus plantaciones de toronjas como resultado de un reciente ciclón y se había obligado a abandonar el cultivo de mil quinientas cuerdas de piñas en otras fincas arrendadas y de su propiedad debido a que el banco se había negado a seguir refaccionándolo o adelantarle dinero para el pago de cánones de arrendamientos, no existiendo motivos razonables para creer, si de permitírsele quedar en la posesión de la finca hasta el vencimiento del término del arrendamiento, iba a

pagar más cánones de arrendamiento, y no pudiendo el arrendador en aquel entonces anticipar que el banco, después de tomar posesión de todas las propiedades de Kohn, le traspasaría, como luego lo hizo, una pequeña finca de 49 cuerdas "para que él pudiera desenvolverse y volver a la vida de los negocios, no dejarlo con las manos vacías."

POR TANTO, se modifica la sentencia que dictó la Corte de Distrito de Bayamón en mayo 20, 1938, para que lea como sigue:

"En el día de hoy, la corte, por los fundamentos consignados en la opinión que se hace formar parte de estos pronunciamientos, dicta sentencia declarando con lugar la demanda y en su consecuencia, ordenando al demandado, John M. Kohn, a pagar al demandante, Enrique González Ramos, la suma de" $810, "más sus intereses legales desde la radicación de la demanda en 6 de mayo de 1937, hasta su total pago, y las costas de este pleito sin incluir honorarios de abogado."—,

Y así modificada, se confirma.

El Juez Asociado Sr. De Jesús no intervino.